UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:

DIRK ALAN LONGSTRETH

Case No. 20-03794-swd
Chapter 13
Hon. Scott W. Dales

Debtor.

---

Plaintiff,

RICHARD BREZA, KEN TUFTE, and
RESTAURANT RECYCLING, LLC,

v.

Adv. No. 21-80013-swd

DIRK ALAN LONGSTRETH,

Defendant.

---

Brendan G. Best (P66370)
William L. Thompson (P80123)
VARNUM LLP
Attorneys for Plaintiffs
160 W. Fort St., 5th Floor
Detroit, MI 48226
(313) 481-7300

---

### STATEMENT REGARDING CORPORATE OWNERSHIP

☐   The following entities directly or indirectly own 10% or more of any class of the corporation's equity interest:

Name: _____
Address: _____

Name: _____
Address: _____

Name: _____
Address: _____

(For additional names, attach an addendum to this form)

✓   There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

The undersigned is the:

✓ Plaintiff
☐ Defendant

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1/28/2021

_____
Signature of Authorized Individual
For Corporate Party

Rick Breza
Print Name    RichARD John BREZA

Member
Title    OWNER