United States Bankruptcy Court

Western District of Michigan

Breza,

    Plaintiff

Longstreth,

    Defendant

Adv. Proc. No. 21-80013-swd

# CERTIFICATE OF NOTICE

| District/off: 0646-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 17, 2021 | Form ID: pdf016 | Total Noticed: 15 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Dirk Alan Longstreth, 10088 Arbogast Rd., Morley, MI 49336-9609 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion09.gr.ecf@usdoj.gov | May 17 2021 22:04:00 | Andy Vara, Office of the US Trustee, The Ledyard Building, 2nd Floor, 125 Ottawa NW, Suite 200R, Grand Rapids, MI 49503-2865 |
| ust | + | Email/Text: ustpregion09.gr.ecf@usdoj.gov | May 17 2021 22:04:00 | Daniel J. Casamatta, Assistant U.S. Trustee, Office of the U.S. Trustee, The Ledyard Building, 2nd Floor, 125 Ottawa NW, Suite 200R, Grand Rapids, MI 49503-2865 |
| ust | + | Email/Text: ustpregion09.gr.ecf@usdoj.gov | May 17 2021 22:04:00 | Daniel M. McDermott, Office of the US Trustee, The Ledyard Building, 2nd Floor, 125 Ottawa NW, Suite 200R, Grand Rapids, MI 49503-2865 |
| ust | + | Email/Text: ustpregion09.gr.ecf@usdoj.gov | May 17 2021 22:04:00 | David W. Asbach, Office of the US Trustee, The Ledyard Building, 2nd Floor, 125 Ottawa NW, Suite 200R, Grand Rapids, MI 49503-2865 |
| ust | + | Email/Text: ustpregion09.gr.ecf@usdoj.gov | May 17 2021 22:04:00 | Dean E. Rietberg, Trial Attorney, Office of the US Trustee, The Ledyard Building, 2nd Floor, 125 Ottawa NW, Suite 200R, Grand Rapids, MI 49503-2865 |
| ust | + | Email/Text: ustpregion09.gr.ecf@usdoj.gov | May 17 2021 22:04:00 | Habbo G. Fokkena, Office of the United States Trustee, Michigan/Ohio Region 9, The Ledyard Building, 2nd Floor, 125 Ottawa NW, Suite 200R, Grand Rapids, MI 49503-2837 |
| ust | + | Email/Text: ustpregion09.gr.ecf@usdoj.gov | May 17 2021 22:04:00 | Matthew T. Cronin, Office of the US Trustee, The Ledyard Building, 2nd Floor, 125 Ottawa NW, Suite 200R, Grand Rapids, MI 49503-2865 |
| ust | + | Email/Text: matthew.w.cheney@usdoj.gov | May 17 2021 22:04:00 | Matthew W. Cheney, Office of the US Trustee, The Ledyard Building, 2nd Floor, 125 Ottawa NW, Suite 200R, Grand Rapids, MI 49503-2865 |
| ust | + | Email/Text: ustpregion09.gr.ecf@usdoj.gov | May 17 2021 22:04:00 | Michael V. Maggio, Trial Attorney, Office of the US Trustee, The Ledyard Building, 2nd Floor, 125 Ottawa NW, Suite 200R, Grand Rapids, MI 49503-2865 |
| ust | + | Email/Text: ustpregion09.gr.ecf@usdoj.gov | May 17 2021 22:04:00 | Michelle M. Wilson, Trial Attorney, Office of the US Trustee, The Ledyard Building, 2nd Floor, 125 Ottawa NW, Suite 200R, Grand Rapids, MI 49503-2865 |
| ust | + | Email/Text: kenneth.g.lau@usdoj.gov | May 17 2021 22:03:00 | Kenneth G Lau, DOJ-Ust, 125 Ottawa Avenue NW, Suite 200r, Grand Rapids, MI 49503 |
| ust | | Email/Text: elizabeth.k.lamphier@usdoj.gov | | |

District/off: 0646-1 | User: admin | Page 2 of 2
Date Rcvd: May 17, 2021 | Form ID: pdf016 | Total Noticed: 15

| | | | | |
|---|---|---|---|---|
| | | | May 17 2021 22:03:00 | Elizabeth Katherine Lamphier, Office of the U.S. Trustee, The Ledyard Building, 2nd Floor, 125 Ottawa Ave NW, Ste 200R, Grand Rapids, MI 49503 |
| ust | + | Email/Text: ustpregion09.gr.ecf@usdoj.gov | May 17 2021 22:04:00 | United States Trustee, The Ledyard Building, 2nd Floor, 125 Ottawa Avenue NW, Suite 200R, Grand Rapids, MI 49503-2837 |
| ust | + | Email/Text: ustpregion09.gr.ecf@usdoj.gov | May 17 2021 22:04:00 | United States Trustee, Michigan/Ohio Region 9, The Ledyard Building, 2nd Floor, 125 Ottawa NW, Suite 200R, Grand Rapids, MI 49503-2837 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2021           Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brendan G. Best | on behalf of Plaintiff Richard Breza bgbest@varnumlaw.com  wrkyles@varnumlaw.com |
| Brendan G. Best | on behalf of Plaintiff Ken Tufte bgbest@varnumlaw.com  wrkyles@varnumlaw.com |
| Brendan G. Best | on behalf of Plaintiff Restaurant Recycling  LLC bgbest@varnumlaw.com, wrkyles@varnumlaw.com |
| Michael Patrick Hanrahan | on behalf of Defendant Dirk Alan Longstreth mike@chasebylenga.com nikki@chasebylenga.com;christy@chasebylenga.com;teresa@chasebylenga.com;chasebylenga@gmail.com;1503936420@filings.docketbird.com;hanrahanmr74219@notify.bestcase.com;jo@cbhattorneys.com;jsw@cbhattorneys.com |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

DIRK ALAN LONGSTRETH,  Case No. DG 20-03794
 Hon. Scott W. Dales
  Debtor.  Chapter 13
_____/

RICHARD BREZA, KEN TUFTE and  Adversary Pro. No. 21-80013
RESTAURANT RECYCLING, LLC,

  Plaintiffs,

v.

DIRK ALAN LONGSTRETH,

  Defendant.
_____/

**NOTICE OF STATUS CONFERENCE**

PLEASE TAKE NOTICE that a telephonic status conference regarding the above matter will be held Tuesday, May 18, 2021 at 11:00 A.M.

Parties are to dial (888) 273-3658 and reference Access Code 5199125 to participate in the conference and hit *6 to unmute yourself when your case is called.

PLEASE TAKE NOTICE that the telephonic status conference may be recorded from the moment the first participant gets on the line, even if an operator or the court fails to announce the commencement of recording.

Notice served by the Court upon interested parties via CM/ECF only.   (ts)

May 17, 2021      MICHELLE M. WILSON
      CLERK OF BANKRUPTCY COURT

          /s/ Theresa A. Symon
      BY: Theresa A. Symon, Deputy Clerk

NOTICE IS HEREBY GIVEN that the court may, in its discretion, orally continue or adjourn the above hearing on the record in open court.   If this occurs, parties in interest will not be given further written notice of the new hearing date.   If an entity is not present at the originally scheduled hearing, information regarding the time, date and place of an orally continued or adjourned hearing may be accessed through the Bankruptcy Court's web site (www.miwb.uscourts.gov) provided the person has a PACER login and password, or by visiting the Clerk's Office of the United States Bankruptcy Court located at One Division Avenue North, 2nd Floor, Grand Rapids, Michigan 49503. Information about a PACER login and password may be obtained by either calling PACER service center between 8:00 a.m. and 5:00 p.m. Monday through Friday, CST at (800) 676-6856 or via its web site at http://pacer.pcs.uscourts.gov.